Ahoto Taysir MULAZIM,
Plaintiff–Appellant,

v.

Ronald J. ANGELONE, Director; Gene M. Johnson; David A. Braxton; Calvin D. Jamison; Steve Burcin; Charles C. Cosby; Cheryl J. Frydryshowski; J. Thadieu Harris, III; R.A. Young; P. Saul; A. Fleenor, Defendants–Appellees.

No. 03–6801.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 11, 2003.

Decided Sept. 24, 2003.

Ahoto Taysir Mulazim, pro se.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ahoto Taysir Mulazim appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mulazim v. Angelone,* No. CA–02–1135–7 (W.D.Va. Apr. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*